# Court of Appeals
# of the State of Georgia

ATLANTA,  September 05, 2019

*The Court of Appeals hereby passes the following order:*

**A20A0203.  LATONYA LUKE v. ELIJAH BROWN.**

This case began as a dispossessory proceeding in magistrate court with the issuance of a writ of possession in favor of plaintiff Elijah Brown.  Defendant Latonya Luke appealed to state court. See OCGA § 15-10-41 (b) (1). Following a hearing, the state court ruled in favor of the plaintiff, granting him a writ of possession.  Luke then appealed to state court, which dismissed her appeal.  Luke has now filed a timely notice of appeal from the state court's ruling.

Because the order at issue disposes of a de novo appeal from a magistrate court decision, Luke was required to follow the discretionary appeal procedures to obtain review before this Court.  See OCGA § 5-6-35 (a) (11); *Strachan v. Meritor Mtg. Corp. East*, 216 Ga. App. 82 (453 SE2d 119) (1995).  Her failure to do so deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  09/05/2019
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.